AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

**Received**
**U.S. Marshals Service**
**Southern District of Iowa**
**9:50 am, Oct 26 2022**

United States of America
v.

Luis Manuel ZAMORA BRISENO

*Defendant*

Case No. 3:22-mj-137

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Luis Manuel ZAMORA BRISENO,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21 USC §§ 846, 841(a)(1), (b)(1)(A) - Conspiracy to possess with intent to distribute controlled substances (50 grams and more of actual methamphetamine and 500 grams of mixtures containing methamphetamine), cocaine, and fentanyl

Date: 10/18/2022

*Issuing officer's signature*

City and state: Davenport, Iowa

Stephen B. Jackson, Jr., U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 10/18/22, and the person was arrested on *(date)* 10/25/22
at *(city and state)* Iowa Davenport.

Date: 10/25/22

*Arresting officer's signature*

T Hadden   DUSM
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
8:55 am, Oct 19 2022